No. 502. WATERMAN STEAMSHIP CORP. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Walter P. Hickey* and *L. de Grove Potter* for petitioner. *Solicitor General Sobeloff* for the United States.

No. 513. LYKES BROS. STEAMSHIP Co., INC. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Joseph M. Rault* and *Walter Carroll* for petitioner. *Solicitor General Sobeloff* for the United States.

No. 543. BROWNING *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *M. Gabriel Nahas, Jr.* for petitioner. *John Ben Shepperd,* Attorney General of Texas, and *Will D. Davis,* Assistant Attorney General, for respondent.

No. 559. RIDGEWAY *v.* RIDGEWAY. Supreme Court of Ohio. Certiorari denied. *Alexander H. Martin* for petitioner. *Kent H. Meyers* for respondent.

No. 572. SNEAD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *C. Carter Lee* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 576. BYRNES *v.* MUTUAL LIFE INSURANCE Co. C. A. 9th Cir. Certiorari denied. *John Alan Appleman* and *Allan K. Perry* for petitioner. *Denison Kitchel* for respondent.

No. 580. WARNER BROTHERS PICTURES, INC. ET AL. *v.* COLUMBIA BROADCASTING SYSTEM, INC. ET AL. C. A. 9th